UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____X
ALEX C. ALEXANDROU,

              Plaintiff,

-against-                                          <u>CIVIL JUDGMENT</u>

PROVIDIAN BANK,                                    04-CV-05660 (DLI)

              Defendant.
_____X

ALEX C. ALEXANDROU,

              Plaintiff,

-against-

DISCOVER,                                               04-CV-05661 (DLI)

              Defendant.
_____X
ALEX C. ALEXANDROU,

             Plaintiff,

-against-

CROSS COUNTRY BANK,                  04-CV-05662 (DLI)

             Defendant.
_____X

ALEX C. ALEXANDROU,

            Plaintiff,
-against-

DIRECT MERCHANTS BANK,            04-CV-0XXX (DLI)

             Defendant.
_____X

Pursuant to the Order issued today by the undersigned consolidating and dismissing the actions for lack of subject matter jurisdiction, it is,

**ORDERED, ADJUDGED AND DECREED:** That the complaints are hereby dismissed. The Court certifies pursuant to 28 U.S.C. § 1915 (a)(3) that any appeal from the Court's order would not be taken in good faith.

DORA L. IRIZARRY
United States District Judge

Dated: Brooklyn, New York
July 29, 2005